IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LINDA ESTES,

    Plaintiff,

v.                                                           Civ. No. 19-0417 KRS/SCY

BOARD OF REGENTS OF THE
UNIVERSITY OF NEW MEXICO,
As Trustees for the University of
New Mexico Hospital,

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

THIS MATTER, having come before the Court upon the Parties' *Stipulated Motion to Dismiss with Prejudice*, the Court being otherwise fully advised in the premises, and noting all Parties' approval below, FINDS that the Motion is granted.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that the *Second Amended Complaint for Damages* and all causes of action therein or which could have been stated therein, filed by Plaintiff Linda Estes against Defendant Board of Regents of The University of New Mexico, is hereby dismissed with prejudice. This matter is fully resolved, and the Court will proceed to close its file. Each party will pay its own attorney fees and costs.

                                                                       HON. KEVIN R. SWEAZEA
                                                                       UNITED STATES MAGISTRATE JUDGE

Approved by:

GARCIA LAW GROUP, LLC

/s/ *Meghan S. Nicholson*
BRYAN C. GARCIA
MEGHAN S. NICHOLSON
6739 Academy Rd. NW, Ste 200
Albuquerque, NM 87109
(505) 629-1576 / 652-1667 (FAX)
bgarcia@garcialawgroupllc.com
mnicholson@garcialawgroupllc.com

*Approved via email 3/23/20 by H. Jesse Jacobus*
H. Jesse Jacobus
Larissa M. Lozano
FREEDMAN BOYD HOLLANDER GOLDBERG URIAS & WARD P.A.
*Attorneys for Plaintiff*
20 First Plaza, Suite 700
Albuquerque, NM 87102
(505)842-9960
hjj@fbdlaw.com

**PARTIES ENTITLED TO NOTICE**

Bryan C. Garcia
Meghan S. Nicholson
GARCIA LAW GROUP, LLC
*Attorneys for Defendant*
6739 Academy Rd. NW, Ste 200
Albuquerque, NM 87109
(505) 629-1576 / 652-1667 (FAX)
bgarcia@garcialawgroupllc.com
mnicholson@garcialawgroupllc.com

H. Jesse Jacobus
Larissa M. Lozano
FREEDMAN BOYD HOLLANDER GOLDBERG URIAS & WARD P.A.
*Attorneys for Plaintiff*
20 First Plaza, Suite 700
Albuquerque, NM 87102
(505)842-9960
hjj@fbdlaw.com